UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DONALD ANDERSON<br>Defendant. | Case No. 2:01-cr-0290-JCM-LRL<br><br>ORDER |

This matter is before the court to clarify the order of restitution previously entered as part of the Judgment filed in this criminal case ("Judgment") (ECF No. 38), following the sentencing held on October 1, 2012 (ECF No. 37). Upon further review of the restitution order in this case, the specific information needed to complete the order of restitution was not made a part of the Judgment. The Court thus finds good cause exists to modify the restitution order to clarify to whom the Defendant owes restitution.

It is therefore ordered that defendant must make restitution to the following payee(s):

| Payee | Amount |
|---|---|
| BANK OF AMERICA | $12,613.74 |
| LV VALLEY WATER DISTRICT | $311.91 |
| FIRST USA BANK | $5,345.23 |
| DISCOVER CARD | $1,957.30 |
| PROVIDIAN FINANCIAL/WAMU | $1,194.84 |
| CHASE USA JP MORGAN | $11,504.18 |
| BANK OF AMERICA (Formerly Fleet Bank) | $4,533.61 |
| BANK ONE | $10,800.00 |
| AMERICAN EXPRESS | $14,566.80 |
| CITIBANK | $2,088.04 |
| GREENPOINT BANK | $53,746.51 |
| SPRINT PCS | $109.00 |
| SEARS NATIONAL BANK | $4,096.00 |
| NEVADA POWER CO | $96.00 |
| COMPLETE SOURCE | $14,400.00 |

**Total Amount of Restitution ordered:** $137,363.16

Dated this \_\_\_24th\_\_\_ day of June 2020.

_____
UNITED STATES DISTRICT JUDGE